UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    -against-

HOWARD BRAUNSTEIN,

    Defendant.

**ORDER**

22-CR-00578 (PMH)

---

PHILIP M. HALPERN, United States District Judge:

    This Court has reviewed the transcript of the plea allocution in the above-captioned case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Judith C. McCarthy, United States Magistrate, dated January 24, 2022, is approved and accepted, and the Defendant is adjudged guilty of the offense to which the guilty plea was offered.

    The Clerk of Court is directed to enter the guilty plea.

                                      **SO ORDERED.**

Dated:  White Plains, New York
            January 25, 2023

                                      PHILIP M. HALPERN
                                      United States District Judge