# LAW OFFICE OF KERRY LAWRENCE, PLLC

140 GRAND STREET
SUITE 705
WHITE PLAINS, NEW YORK 10601
Telephone: (914) 946-5900
Email: kerry@kerrylawrencelaw.com

January 26, 2023

---

> Application granted.
>
> The sentencing for Defendant Howard Braunstein is adjourned from February 22, 2023 to May 11, 2023 at 10:00 a.m. in Courtroom 520.
>
> **SO ORDERED.**
>
> _/s/ Philip M. Halpern_
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> January 27, 2023

---

**BY ECF**
Hon. Philip M. Halpern
United States District Judge
United States Courthouse
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

    Re:    **United States v. Howard Braunstein**
            22 Cr. 578 (PMH)

Dear Judge Halpern:

    I am writing, with the consent of the Government, to request that Mr. Braunstein's sentencing, presently scheduled for February 22, 2023 be adjourned to a date after April 26., 2023.

    Mr. Brausntein had a pending sale of his home fall through and would like to make full restitution before sentencing. Additionally, I will be out of the country for two weeks in March and have a trial scheduled before Judge Seibel on April 17 and the time between February 22 and late April is necessary to be able to adequately prepare Mr. Braunstein's sentencing memorandum.

    This is the first and anticipated only request to postpone Mr. Braunstein's sentencing.

    Thank you for the Court's consideration of this request.

                                  Respectfully submitted,

                                  Kerry A. Lawrence

cc:    AUSA Courtney Heavey (via ECF and e-mail)