UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA                           :
                                                   :
v.                                                 :         **RESCHEDULING ORDER**
                                                   :
**Howard Braunstein,**                             :         7-22-cr-00578-PMH
                    Defendants.                    :
                                                   :
------------------------------------------------------------x

      The Court rescheduled sentencing in this matter to May 12, 2023 at 9:30 am in Courtroom 520 at the White Plains Courthouse.

Dated: April 25, 2023            SO ORDERED:

_[signature]_
Philip M. Halpern, U.S.D.J