UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA               :
                                       :
                                       :     **ORDER**
v.                                     :
                                       :
HOWARD BRAUNSTEIN,                     :
                                       :     22-CR-578-PMH
                                       :
            Defendant.                 :
-----------------------------------------------------------x

On May 3, 2023, the Court directed that the Government file its sentencing submission by November 15, 2023. The Government has not filed its sentencing submission to date. The Government is directed to file its sentencing submission today by 5:00 p.m.

**SO ORDERED:**

Dated: White Plains, New York
       November 22, 2023

_____
Philip M. Halpern
United States District Judge