LAW OFFICE OF KERRY LAWRENCE,
140 GRAND STREET
SUITE 705
WHITE PLAINS, NEW YORK 10601
Telephone: (914) 946-5900
Email: kerry@kerrylawrencelaw.com

| |
|---|
| Application granted. |
| **SO ORDERED.** |
| _____ |
| Philip M. Halpern |
| United States District Judge |
| Dated: White Plains, New York |
| April 2, 2024 |

April 1, 2024

VIA ECF
Hon. Philip M. Halpern
United States District Judge
United States Courthouse
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

       Re:   *United States v. Howard Braunstein*
            22-Cr-578 (PMH)

Dear Judge Halpern:

      I am writing to request the Court to permit Pretrial Services to return Mr. Braunstein's passport to me.

      Mr. Braunstein has surrendered as directed to the Bureau of Prisons and is currently serving his sentence. Pretrial Services has agreed to return the passport but has indicated it needs the Court to approve this request.

      Thank you for the Court's attention to this request.

                Respectfully submitted,

                Kerry A. Lawrence

cc: AUSA Courtney Heavey (Via ECF)